IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VITORIA DEITCHLER,<br><br>　　　　　Defendant. | No. 23-CR-91-RMS<br><br>21 U.S.C. § 844(a)<br>(Simple Possession of a Controlled Substance) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 10, 2021 through January 21, 2022, in the District of Wyoming, the Defendant, **VITORIA DEITCHLER**, knowingly and intentionally possessed or attempted to possess:

　　a.　Cocaine, a Schedule II controlled substance;

　　b.　Dimethyltryptamine (DMT), a Schedule II controlled substance;

　　c.　Hydrocodone, a Schedule II controlled substance; and

　　d.　Oxycodone, a Schedule II controlled substance; and

said substances were not obtained directly, or pursuant to a valid prescription or order, from a practitioner, while acting in the course of professional practice.

In violation of 21 U.S.C. § 844(a).

DATED this 18 day of July, 2023.

NICHOLAS VASSALLO
United States Attorney

By: _/s/ Stephanie I. Sprecher_
STEPHANIE I. SPRECHER
Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | VITORIA DEITCHLER |
| **DATE:** | July 18, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **21 U.S.C. § 844(a)** (Simple Possession of a Controlled Substance) <br><br> Up to 1 Year Imprisonment <br> $1,000 Mandatory Minimum up to $100,000 fine <br> Up to 1 Year Supervised Release <br> $25 Special Assessment <br> Class "A" Misdemeanor |
| **AGENT:** | Tom Wilson/DCI |
| **AUSA:** | Stephanie I. Sprecher <br> Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |